**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**Dylan Pickett,**
 *Plaintiff*,

v.

**Applied Data Finance, LLC,**
 *Defendant*.

Case No. 8:21-cv-2835-WFJ-AEP

**NOTICE OF SETTLEMENT**

 In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff has reached a settlement with Defendant Applied Data Finance, LLC in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss this matter with prejudice.

 Respectfully submitted on **March 24, 2022**.

*/s/ Philip R. Goldberg*
Philip R. Goldberg
Florida Bar # 105940

Seraph Legal, P.A.
2002 E. 5th Avenue, Suite 104
Tampa, FL 33605
(813) 567-1230
PGoldberg@SeraphLegal.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 24, 2022, a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice on counsel of record for all parties.

/s/ *Philip R. Goldberg*
Philip R. Goldberg
Florida Bar # 105940