# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**Dylan Pickett,**
    *Plaintiff*,

v.

**Applied Data Finance, LLC,**
    *Defendant*.

**Case No. 8:21-cv-2835-WFJ-AEP**

## NOTICE OF DISMISSAL WITH PREJUDICE

The Parties having resolved this matter between themselves by mutual agreement, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby DISMISSES this action with prejudice, effective April 10, 2022, each party to bear its own costs and attorneys' fees.

Respectfully submitted on **April 10, 2022**.

*/s/ Philip R. Goldberg*
Philip R. Goldberg
Florida Bar # 105940

Seraph Legal, P.A.
2002 E. 5th Avenue, Suite 104
Tampa, FL 33605
(813) 567-1230
PGoldberg@SeraphLegal.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 10, 2022, a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice on counsel of record for all parties.

/s/ *Philip R. Goldberg*
Philip R. Goldberg
Florida Bar # 105940